## LATSON v. STATE. (No. 11211.)

Court of Criminal Appeals of Texas. Oct. 12, 1927.

Rehearing Denied Nov. 9, 1927.

Criminal law ⚖=1090(1)—Appeal from conviction without statement of facts or bill of exceptions presents nothing for review.

On appeal from conviction in criminal case, where there is neither statement of facts nor bill of exceptions, nothing is presented to the Court of Criminal Appeals for review.

Appeal from District Court, Hunt County; Grover Sellers, Judge.

Felix Latson was convicted of the possession of intoxicating liquor for the purpose of sale, and he appeals. Affirmed.

Tom Ridgell, of Breckenridge, and Mayo W. Neyland, of Greenville, for appellant.

Sam D. Stinson, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas. Oct. 12, 1927.

Rehearing Denied Nov. 9, 1927.

Criminal law ⚖=1090(1)—Appeal from conviction without statement of facts or bill of exceptions presents nothing for review.

On appeal from conviction in criminal case, where there is neither statement of facts nor bill of exceptions, nothing is presented to the Court of Criminal Appeals for review.

Appeal from District Court, Hunt County; Grover Sellers, Judge.

Felix Latson was convicted of the unlawful transportation of intoxicating liquor, and he appeals. Affirmed.

---

## LATSON v. STATE. (No. 11213.)

Court of Criminal Appeals of Texas. Oct. 12, 1927.

Rehearing Denied Nov. 9, 1927.

Criminal law ⚖=1090(1)—Appeal from conviction without statement of facts or bill of exceptions presents nothing for review.

On appeal from conviction in criminal case, where there is neither statement of facts nor bill of exceptions, nothing is presented to the Court of Criminal Appeals for review.

Appeal from District Court, Hunt County; Grover Sellers, Judge.

Felix Latson was convicted of the possession of intoxicating liquor for the purpose of sale, and he appeals. Affirmed.

---

## LATSON v. STATE. (No. 11416.)

Court of Criminal Appeals of Texas. Nov. 9, 1927.

Criminal law ⚖=1090(1)—Record containing neither statement of facts nor bills of exception presents nothing for review.

Judgment of conviction will be affirmed on appeal, where record contains neither statement of facts nor bills of exception, since record in such condition presents nothing for review.

Appeal from District Court, Smith County; J. R. Warren, Judge.

F. H. Latson was convicted of transporting intoxicating liquor, and he appeals. Affirmed.

W. G. Russell, of Mineola, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

---

⚖=For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

HAWKINS, J. Conviction is for transporting. intoxicating liquor; punishment, one year and six months in the penitentiary.

The record contains neither statement of facts nor bills of exception, in which condition nothing is presented for review.

The judgment is affirmed.